1  Melissa D. Ingalls (State Bar No. 174861)
   melissa.ingalls@kirkland.com
2  Robyn E. Bladow (State Bar No. 205189)
   robyn.bladow@kirkland.com
3  Tammy A. Tsoumas (State Bar No. 250487)
   tammy.tsoumas@kirkland.com
4  KIRKLAND & ELLIS LLP
   333 South Hope Street
5  Los Angeles, California 90071
   Telephone:    (213) 680-8400
6  Facsimile:    (213) 680-8500

7  Attorneys for Defendants DIRECTV, Inc. and
   DIRECTV Holdings LLC
8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

11  ROBERT GARY LIPPINCOTT, JR.,          )  CASE NO. 3:15-cv-05096-JCS
    individually, and on behalf of all others  )
12  similarly situated,                    )  **STIPULATION FOR EXTENSION OF TIME**
                                           )  **TO RESPOND TO COMPLAINT**
13              *Plaintiff,*                )  **PURSUANT TO LOCAL RULE 6-1**
                                           )
14         v.                              )
                                           )  Hearing Date: N/A
15  DIRECTV, INC., and DIRECTV             )  Time:  N/A
    HOLDINGS LLC,                          )
16                                         )  Case Filed:  November 6, 2015
                *Defendants.*              )  Trial Date:  TBD
17                                         )
                                           )
18                                         )

19

20      WHEREAS, on October 6, 2015, Plaintiff Robert Gary Lippincott, Jr. ("Plaintiff") filed a

21  Complaint against DIRECTV, Inc. and DIRECTV Holdings LLC ("DIRECTV") in the Superior

22  Court of the State of California for the County of Sonoma, and on October 7, 2015, served

23  DIRECTV with that Complaint;

24      WHEREAS, on November 6, 2015, DIRECTV filed a notice of removal of this action to the

25  United States District Court for the Northern District of California;

26      WHEREAS, in civil actions now pending in the Central District of California and in the

27  Southern District of New York ("Related Actions"), other plaintiffs have challenged DIRECTV's

28  exclusive NFL Sunday Ticket product under federal antitrust laws;

1    WHEREAS, on August 27, 2015, one of the federal plaintiffs, pursuant to 28 U.S.C. § 1407,

2    filed a motion for centralization to transfer the Related Actions to the United States District Court for

3    the Central District of California with the United States Judicial Panel on Multidistrict Litigation

4    ("JPML"), opening MDL No. 2668;

5    WHEREAS, DIRECTV has reached an agreement with plaintiffs in all other cases currently

6    included as a related or tag-along action in MDL No. 2668 to extend DIRECTV's time to answer,

7    move, or otherwise plead in response to the complaints in such actions until no less than 45 days

8    after the JPML rules in MDL No. 2668 and plaintiffs have either filed or designated the operative

9    complaint(s) in the District to which the JPML assigns the Related Actions;

10    WHEREAS, Plaintiff has informed DIRECTV that it intends to file a motion to remand this

11    action (which DIRECTV will oppose);

12    WHEREAS, Plaintiff and DIRECTV agree that DIRECTV's time to answer, move, or

13    otherwise plead in response to any forthcoming operative complaint filed by Plaintiff shall be

14    extended until 45 days after the JPML rules in MDL No. 2668 and Plaintiff has either filed or

15    designated the operative complaint(s) in the District to which the JPML assigns the Related Actions,

16    or, in the event Plaintiff's motion to remand is granted, then DIRECTV's time to answer, move, or

17    otherwise plead in response to Plaintiff's complaint shall be extended until 14 days after the order

18    granting Plaintiff's motion to remand is entered by the presiding court;

19    WHEREAS, in the event that proceedings in MDL No. 2668 are terminated without a ruling,

20    the parties agree that DIRECTV's time to answer, move, or otherwise plead in response is hereby

21    extended until 45 days after Plaintiff has either filed or designated the operative complaint(s) in

22    connection with the termination of proceedings in MDL No. 2668, or, in the event Plaintiff's motion

23    to remand is granted, then DIRECTV's time to answer, move, or otherwise plead in response to

24    Plaintiff's complaint shall be extended until 14 days after the order granting Plaintiff's motion to

25    remand is entered by the presiding court;

26    WHEREAS, the parties agree that Plaintiff shall have 45 days to respond to any motion(s)

27    that may be made by DIRECTV directed to Plaintiff's operative complaint(s);

28    WHEREAS, the parties agree that DIRECTV shall have 30 days after Plaintiff's response(s)

1   to file any reply in support of any motion(s) that may be directed to Plaintiff's operative

2   complaint(s);

3         WHEREAS, the parties agree that except as to the sufficiency of process or service of

4   process, the entry into this Stipulation by DIRECTV shall not constitute a waiver of any defenses

5   that may be available under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any

6   affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other

7   statutory or common law defenses that may be available to DIRECTV;

8         WHEREAS, DIRECTV expressly reserves its rights to raise any such defenses, or file

9   motions to compel arbitration, in response to any operative or amended complaint that may be filed

10  by Plaintiff;

11        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local

12  Rule 6-1, by and between Plaintiff and DIRECTV, by and through their undersigned counsel or

13  counsel acting on their behalf, that DIRECTV's time to answer, move, or otherwise plead in

14  response to Plaintiff's Complaint is extended until 45 days after either (i) the JPML rules in MDL

15  No. 2668 and Plaintiff has either filed or designated the operative complaint in the District to which

16  the JPML assigns the Related Actions; or (ii) MDL No. 2668 is terminated without a ruling and

17  Plaintiff has either filed or designated the operative complaint in connection with the termination of

18  proceedings in MDL No. 2668.   Notwithstanding the foregoing, in the event Plaintiff's motion to

19  remand is granted, then DIRECTV's time to answer, move, or otherwise plead in response to

20  Plaintiff's Complaint is extended until 14 days after the order granting Plaintiff's motion to remand

21  is entered by the presiding court.

22        IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this

23  stipulation by DIRECTV shall not constitute a waiver of any defenses except for insufficiency of

24  process or insufficiency of service of process.  For the avoidance of doubt, DIRECTV expressly

25  reserves its rights to raise any other defenses, or file motions to compel arbitration, in response to

26  Plaintiff's complaint and any forthcoming operative complaint that may be filed in the Related

27  Actions.

28

3

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT      Case No. 3:15-cv-05096-JCS

1

2    Dated:  November 9, 2015                    KIRKLAND & ELLIS LLP

3
                                                /s/ *Robyn E. Bladow*
4                                               Robyn E. Bladow

5                                               Attorneys for DIRECTV, Inc. and DIRECTV
                                                Holdings LLC
6

7    Dated:  November 9, 2015                    ZIMMERMAN REED, LLP

8

9                                               /s/ Caleb Marker
                                                Caleb Marker
10
                                                555 East Ocean Boulevard, Suite 500
11                                              Long Beach, California 90802
                                                Telephone:     (877) 500-8780
12                                              Facsimile:      (877) 500-8781
                                                E-Mail:         caleb.marker@zimmreed.com
13
                                                Counsel for Robert Gary Lippincott, Jr.
14

15

16   Dated: November 12, 2015

17                                         IT IS SO ORDERED

18                                         Judge Joseph C. Spero

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT     Case No. 3:15-cv-05096-JCS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-1(i)(3), I hereby attest that concurrence in the content and the filing of this document has been obtained from the other Signatory listed.


Dated:  November 9, 2015                                  KIRKLAND & ELLIS LLP

                                                                          /s/ *Robyn E. Bladow*
                                                                          Robyn E. Bladow

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT        Case No. 3:15-cv-05096-JCS

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on November 9, 2015, I electronically filed the foregoing document with

3     the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail

4     notification of such filing to the attorneys of record who are registered CM/ECF users.

5          Furthermore, the document was served on the following parties who are not ECF participants

6     by U.S. First Class Mail:

7

8     **Jason R. Lee**                                    **Arthur M. Murray**
      Zimmerman Reed, LLP                                Murray Law Firm
9     1100 IDS Center, 80 South 8th Street               650 Poydras Street, Suite 2150
      Minneapolis, MN 55402                              New Orleans, LA 70130
10    Telephone:  612) 341-0400                          Telephone:  (504) 525-8100
      Email:  brian.gudmundson@zimmreed.com              Email:  amurray@murray-lawfirm.com
11    Email:  Jason.lee@zimmreed.com

12                        *Counsel for Plaintiff Robert Gary Lippincott, Jr.*

13         Executed on November 9, 2015, at Los Angeles, California.

14                                                       KIRKLAND & ELLIS LLP

15

16                                                       /s/  *Robyn E. Bladow*
                                                         Robyn  E. Bladow
17
                                                         Attorneys for DIRECTV, Inc. and DIRECTV
18                                                       Holdings LLC

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT      Case No. 3:15-cv-05096-JCS