IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTY GARY LIPPINCOTT, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTV, INC., et al.,<br><br>    Defendants. | No. C-15-5096 MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO STAY** |

Before the Court is plaintiff's "Motion to Remand Case to the Sonoma County Superior Court," filed November 13, 2015; defendants have filed opposition, to which plaintiff has replied.  Also before the Court is defendants' "Motion to Stay Proceedings Pending Decision on Centralization by the Judicial Panel on Multidistrict Litigation," filed November 16, 2015; plaintiff has filed opposition, to which defendants have replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for December 18, 2015.

**IT IS SO ORDERED.**

Dated: December 14, 2015

                                            MAXINE M. CHESNEY
                                            United States District Judge